UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATCH GROUP, LLC**,<br><br>        Plaintiff,<br><br>v.<br><br>**BEAZLEY UNDERWRITING LIMITED**,<br><br>        Defendant. | Case No.: 1:22-cv-4629-LGS |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Beazley Underwriting Limited, by and through counsel of record, states as follows:

(1) Plaintiff Beazley Underwriting Limited is a United Kingdom corporation and is a citizen and resident of the United Kingdom. Beazley Underwriting Limited was incorporated and formed under the laws of England and Wales, with its principal place of business at 22 Bishopsgate, London, United Kingdom EC2N 4BQ.

(2) Beazley Underwriting Limited is a wholly owned subsidiary of Beazley Furlonge Holdings Ltd. Beazley Furlonge Holdings Ltd. is 100% owned by Beazley Group Ltd., which is 100% owned by Beazley plc. Beazley plc is listed on the UK Stock Exchange.

-2-

Respectfully submitted, this 23rd day of June, 2022.

        By: /s/ *Jonathan S. Zelig*
        Jonathan S. Zelig
        **DAY PITNEY LLP**
        One Federal Street
        Boston, MA 02110
        jzelig@daypitney.com
        Tel. (617) 345-4601
        Fax (617) 892-4236

        Joseph T. Nawrocki
        **DAY PITNEY LLP**
        242 Trumbull Street
        Hartford, CT 06103
        jnawrocki@daypitney.com
        Tel. (860) 275-0356
        Fax (860) 748-4929

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 23, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                          */s/ Jonathan S. Zelig*
                                                                          Jonathan S. Zelig