```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   MATCH GROUP, LLC,                          :
                              Plaintiff.      :
                                              :
             -against-                        :     22 Civ. 4629 (LGS)
                                              :
   BEAZLEY UNDERWRITING LTD.,                 :            ORDER
                              Defendant.      :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 30, 2022, Defendant filed a pre-motion letter in anticipation of filing a motion to dismiss the Complaint.

WHEREAS, on July 7, 2022, Plaintiff filed a letter in opposition, stating that it contemplates filing an amended complaint. It is hereby

**ORDERED** that by **July 22, 2022**, Plaintiff shall file any amended complaint to address Defendant's arguments regarding insufficient pleading. It is further

**ORDERED** that Defendant's motion to dismiss the operative complaint will be briefed according to the following schedule:

- By **August 12, 2022**, Defendant shall file its motion, not to exceed twenty-five (25) pages.
- By **September 2, 2022**, Plaintiff shall file its opposition, not to exceed twenty-five (25) pages.
- By **September 12, 2022**, Defendant shall file any reply, not to exceed ten (10) pages.

The parties' submissions shall comply with the Court's Individual Rules in all respects. If the aforementioned briefing schedule conflicts with counsels' scheduled parental leave, the parties may propose an alternative schedule. It is further

**ORDERED** that Defendant's application to stay discovery pending resolution of its

motion to dismiss is **DENIED**, as it is not the Court's practice to stay discovery pending resolution of a motion to dismiss. It is further

**ORDERED** that the parties shall meet and confer and by **July 18, 2022**, file a joint letter stating whether they are open to participating in (i) a settlement conference with Magistrate Judge Sarah L. Cave or (ii) the Court's mediation program, prior to motion practice.

The Court reserves decision on Defendant's motion to adjourn the initial pretrial conference scheduled for August 10, 2022 pending review of the parties' joint letter and proposed case management plan and scheduling order.

The Clerk of Court is respectfully directed to close the motion at Docket No. 15.

Dated: July 11, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**