UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MATCH GROUP, LLC

                                Plaintiff(s),         22  Civ. 4629    (LGS)

                -against-                               ORDER OF REFERENCE
                                                        TO A
BEAZLEY UNDERWRITING LIMITED          MAGISTRATE JUDGE

                                Defendant(s).
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Sarah L. Cave United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

✔ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated: July 19, 2022
        New York, New York

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.