# DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

JOSEPH T. NAWROCKI
Attorney at Law

242 Trumbull Street
Hartford, CT 06103-1212
T: (860) 275-0356 F: (860) 748-4929
jnawrocki@daypitney.com

**Application GRANTED IN PART.** A referral order will issue separately. The application for a stay is **DENIED**. The initial pretrial conference scheduled for August 10, 2022, is **adjourned** to **August 24, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. The briefing schedule for Defendant's motion to dismiss is modified as follows: (i) by **September 2, 2022**, Defendant shall file its motion, (ii) by **September 16, 2022**, Plaintiff shall file its opposition, and (iii) by **September 26, 2022,** Defendant shall file any reply.

Dated: July 19, 2022
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(202) 805-0288

Re:   *Match Group, LLC v. Beazley Underwriting Limited*,
Case No. 1:22-cv-04629-LGS (S.D.N.Y. filed June 3, 2022)
Joint Letter Concerning Settlement Conference

Dear Judge Schofield:

Pursuant to this Court's Order of July 11, 2022 (ECF No. 20), plaintiff Match Group, LLC and defendant Beazley Underwriting, Ltd. (together, the "Parties") file this joint letter.

After meeting and conferring, the Parties state that they are open to participating in a settlement conference with Magistrate Judge Sarah L. Cave prior to motion practice. The Parties further state that they are prepared to participate in a settlement conference at the earliest date available to the Court and the Parties.

In the interests of conserving judicial and party resources, the Parties jointly and respectfully further request that the Court stay proceedings and adjourn the initial pretrial conference scheduled for August 10, 2022 pending completion of a settlement conference.

If the Court denies the Parties' joint request to stay proceedings and adjourn the initial pretrial conference pending completion of a settlement conference, the Parties respectfully request that the Court: (i) delay the pretrial conference by at least two weeks to permit defendant's lead counsel, whose child was born on Friday, to return to the case; and (ii) extend the deadline for defendant to file a motion to dismiss, currently due August 12, 2022 (ECF No. 20) by the same amount of time.



July 18, 2022
Page 2

                                      Respectfully submitted,

                                      /s/ Joseph T. Nawrocki (*counsel to defendant Beazley Underwriting, Ltd*.)

                                      /s/ Gregory E. Van Houten (*counsel to plaintiff Match Group, LLC*)

cc:      All counsel of record (via CM/ECF)