UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCH GROUP, LLC,

                Plaintiff,

-v-

BEAZLEY UNDERWRITING LIMITED,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 4629 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for Settlement (ECF No. 22). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Monday, August 22, 2022 at 10:30 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:    New York, New York
            July 20, 2022

                                            SO ORDERED.

                                            SARAH L. CAVE
                                            United States Magistrate Judge