UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATCH GROUP, LLC,

                          Plaintiff,

 -v-                                                      CIVIL ACTION NO.: 22 Civ. 4629 (LGS) (SLC)

                                                                        **ORDER**

BEAZLEY UNDERWRITING LIMITED,

                          Defendant.

---

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic scheduling conference held today, August 22, 2022, a Telephone Conference to schedule a potential Settlement Conference is scheduled for **Monday, October 3, 2022 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:       New York, New York
                August 22, 2022

                                                      SO ORDERED.

                                                      _____
                                                      SARAH L. CAVE
                                                      United States Magistrate Judge