UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATCH GROUP, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **BEAZLEY UNDERWRITING, LIMITED**, <br><br> Defendant. | Case No.: 1:22-cv-4629-LGS |

### NOTICE OF DEFENDANT BEAZLEY UNDERWRITING, LTD.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Mark Singer dated September 2, 2022, and the exhibit attached thereto, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of defendant Beazley Underwriting, Ltd. ("Beazley"), before the Honorable Lorna G. Schofield, District Judge of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order dismissing the Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order entered in this action on July 19, 2022 (ECF No. 23), plaintiff Match Group, LLC's opposition papers shall be submitted by September 16, 2022, and Beazley's reply papers shall be submitted by September 26, 2022.

Dated: September 2, 2022
       Boston, Massachusetts

Respectfully submitted,

By: /s/ *Jonathan S. Zelig*
Jonathan S. Zelig
**DAY PITNEY LLP**
One Federal Street
Boston, MA 02110
jzelig@daypitney.com
Tel. (617) 345-4601
Fax (617) 892-4236

Joseph T. Nawrocki
**DAY PITNEY LLP**
242 Trumbull Street
Hartford, CT 06103
jnawrocki@daypitney.com
Tel. (860) 275-0356
Fax (860) 748-4929

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   */s/ Jonathan S. Zelig*
                                                  Jonathan S. Zelig