UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MATCH GROUP, LLC,
                              Plaintiff,

                -against-

BEAZLEY UNDERWRITING LIMITED,
                              Defendant.
------------------------------------------------------------X

22 Civ. 4629 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pre-motion conference is scheduled for February 8, 2023, at 4:30 P.M. It is hereby

    **ORDERED** that, in light of the pending motion to dismiss and stay of discovery, the pre-motion conference is adjourned to **May 24, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333.

Dated: February 1, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**