# HAYNES BOONE



April 3, 2023

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(202) 805-0288

Application **GRANTED**.  The pre-motion conference scheduled for May 24, 2023, is adjourned to **July 12, 2023**, **at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333.

Dated: April 4, 2023
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

    Re:    *Match Group, LLC v. Beazley Underwriting, Ltd.*,
            Case No. 1:22-cv-4629-LGS (S.D.N.Y. filed June 3, 2022)
            <u>Letter Requesting Continuance of Pre-Motion Conference</u>

Dear Judge Schofield,

Plaintiff Match Group, LLC ("Match") and defendant Beazley Underwriting, Ltd. ("Beazley" and, together with Match, the "Parties") write to respectfully request that the Court continue the pre-motion conference set for May 24, 2023.  (ECF No. 44.)  Under the Court's Order dated October 17, 2022, "[d]eposition discovery (including non-party depositions) and all expert discovery are stayed until the resolution of the pending motion to dismiss."  (ECF No. 40.)  Currently, the Parties would have thirty-seven days to begin and complete deposition and expert discovery by the pre-motion letter deadline of May 10, 2023 (*i.e.*, fourteen days before the May 24, 2023 pre-motion conference).  Accordingly, the Parties respectfully request that the Court continue the pre-motion conference.

We thank the Court for its consideration of this matter.

                                                                                 Respectfully Submitted,

                                                                                 /s/ *Greg Van Houten*
                                                                                 Greg Van Houten

cc:    Counsel of Record (via CM/ECF)