# HAYNES BOONE 

May 19, 2023

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(202) 805-0288

    Re:    *Match Group, LLC v. Beazley Underwriting, Ltd.*,
              Case No. 1:22-cv-4629-LGS (S.D.N.Y.) (filed June 3, 2022)
              Letter Requesting Continuance of Pre-Motion Conference

Dear Judge Schofield,

Plaintiff Match Group, LLC ("Match") and defendant Beazley Underwriting, Ltd. ("Beazley" and, together with Match, the "Parties") write to respectfully request that the Court continue the pre-motion conference set for July 12, 2023. (ECF No. 46.) Under the Court's Order dated October 17, 2022, "[d]eposition discovery (including non-party depositions) and all expert discovery are stayed until the resolution of the pending motion to dismiss." (ECF No. 40.) Currently, the Parties would have forty days to begin and complete deposition and expert discovery by the pre-motion letter deadline of June 28, 2023 (fourteen days before the pre-motion conference scheduled for July 12, 2023). For that reason, and because the Court has granted similar joint requests in the past (*see, e.g.*, ECF No. 46), the Parties respectfully request that the Court continue the pre-motion conference.

We thank the Court for its consideration of this matter.

                                                            Respectfully Submitted,

                                                            /s/ *Greg Van Houten*
                                                            Greg Van Houten

cc:    Counsel of Record (via CM/ECF)