UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATCH GROUP, LLC**, <br><br>                    Plaintiff, <br><br> v. <br><br> **BEAZLEY UNDERWRITING LIMITED**, <br><br>                    Defendant. | Case No.: 1:22-cv-04629-LGS |

### NOTICE OF PLAINTIFF MATCH GROUP, LLC'S MOTION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO RULE 54(d)(2)

**PLEASE TAKE NOTICE** that upon (1) the annexed Declaration of Ernest Martin, Jr. dated June 30, 2023, and its accompanying exhibits, (2) the Declaration of Greg Van Houten dated June 30, 2023, and its accompanying exhibits, and (3) the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of plaintiff Match Group, LLC ("Match"), before the Honorable Lorna G. Schofield, District Judge of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order that awards Match its attorneys' fees and expenses incurred in connection with this action.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order entered in this matter on June 14, 2023 (ECF No. 53), defendant Beazley Underwriting Limited's opposition papers shall be submitted by July 19, 2023, and Match's reply papers shall be submitted by July 28, 2023.

\* \* \*

1

Dated: June 30, 2022
      Washington, D.C.

Respectfully submitted,

By: */s/ Ernest Martin, Jr.*
Ernest Martin, Jr.*
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
ernest.martin@haynesboone.com
Tel. (214) 651-5641
Fax (214) 651-5940
*Admitted *Pro Hac Vice*

Greg Van Houten*
Rebecca Schwarz
**HAYNES AND BOONE, LLP**
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
rebecca.schwarz@haynesboone.com
greg.vanhouten@haynesboone.com
Tel. (212) 659-4975
Fax (212) 918-8989
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 30, 2023, a copy of the foregoing was filed electronically. The Court's electronic filing system will send a copy of this filing to defendant's attorneys, and defendant and its attorneys may otherwise access this filing through the Court's CM/ECF system.

                                                */s/ Greg Van Houten*
                                                Greg Van Houten