**From:** Friedman, Susan F [Susan.F.Friedman@marsh.com]
**Sent:** 11/21/2016 4:19:14 PM
**To:** Lavin, Parker [PLavin@wileyrein.com]
**Subject:** RE: IAC / Mellesmoen / Beazley Claim No. BEAZL100002878086

Thank you Parker.

Have a Happy Thanksgiving,
Susan

P.S. I'll be in touch with Beth on this after the holiday. We have already spoken as I'm sure you know.

---

**From:** Lavin, Parker [mailto:PLavin@wileyrein.com]
**Sent:** Monday, November 21, 2016 11:14 AM
**To:** ben.gildin@iac.com; Root, James
**Cc:** Friedman, Susan F; Tejada-Ortega, Katy; Beth D. Diamond (beth.diamond@beazley.com); Platt, Leslie; Richardson, Nicole
**Subject:** IAC / Mellesmoen / Beazley Claim No. BEAZL100002878086

Jim and Ben:

Thank you again for talking to us concerning the status of the various pending IAC matters, including the Mellesmoen matter, on November 11. And thank you as well for sending along a copy of IAC's demurrer and motion to strike.

In light of the upcoming demurrer hearing, and with Beazley's understanding that defense costs are expected to remain well within the Policy's $1 million retention, Beazley proposes that it defer its coverage evaluation for the Mellesmoen matter until after a ruling on the demurrer, in the event the matter moves forward. Please let us know if you agree with this approach. We are happy to discuss if you have any questions.

We also ask that you kindly keep us apprised of the status of the matter, including any further briefing on the demurrer as well as the result of the hearing on the demurrer in mid-December or any discussions between the parties.

In the meantime, please understand that Beazley continues to reserve all of its rights under the Policy and applicable law. Beazley recognizes that IAC similarly reserves its rights.

Thank you.

Regards,
Parker

Parker J. Lavin | Attorney at Law
**Wiley Rein LLP**
1776 K Street NW | Washington, DC 20006
T: 202.719.7367 | PLavin@wileyrein.com
www.wileyrein.com | Bio | LinkedIn | Twitter | Executive Summary Blog

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com.

******************************************************************
This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer. Thank you.
******************************************************************

BEAZLEY0012860