UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MATCH GROUP, LLC                              :
                                              :
                                              :
                                              :
                        Plaintiff(s),         :       22   Civ. _4629____ (LGS)
                                              :       Amended
              -against-                       :       ORDER OF REFERENCE
                                              :              TO A
BEAZLEY UNDERWRITING LIMITED                  :       MAGISTRATE JUDGE
                                              :
                                              :
                        Defendant(s). :
---------------------------------------------------------- X


LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Sarah L. Cave
United States Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes            _____ HABEAS CORPUS
scheduling, discovery, non-dispositive pre-trial
motions and settlement)                       _____ INQUEST AFTER DEFAULT /
                                              DAMAGES HEARING

_____ GENERAL PRE-TRIAL &                     _____ SOCIAL SECURITY
DISPOSITIVE MOTION (all purposes except
trial)                                        ✔ SETTLEMENT

_____ DISPOSITIVE MOTION (i.e., a motion      _____ CONSENT UNDER 28 U.S.C. 636(c)
requiring a Report & Recommendation)          FOR ALL PURPOSES (including trial)

_X_ SPECIFIC NON-DISPOSITIVE                  _____ CONSENT UNDER 28 U.S.C. 636(c)
MOTION / DISPUTE (including discovery         FOR LIMITED PURPOSE OF
dispute) *

Motion for attorneys' fees at Dkt. No. 57     _____

_____      _____

_____ JURY SELECTION

SO ORDERED.
            July 5, 2023
Dated: ~~July 19, 2022~~
            New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.