# HAYNES BOONE



June 30, 2023

**Greg Van Houten**
Direct Phone Number: 202-654-4562
Direct Fax Number: 202-654-4256
greg.vanhouten@haynesboone.com

**BY CM/ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 56.

Dated: July 5, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Match Group, LLC v. Beazley Underwriting, Ltd.*, Case No.: 1:22-cv-4629-LGS
<u>Consent Letter Motion Seeking Leave to File Three Oversized Exhibits</u>

Dear Judge Schofield,

I write on behalf of plaintiff Match Group, LLC ("Plaintiff"), in connection with Plaintiff's forthcoming motion for attorneys' fees and expenses (*see* ECF No. 53), to seek leave of Court to exceed this Court's page limitation for exhibits filed in support of motions. *See* SCHOFIELD-CIV. PRAC. § III.B.3. Specifically, Plaintiff seeks leave to file three exhibits—invoices and evidence of fees that were written off or down by counsel—that exceed this Court's fifteen-page limitation (the exhibits are 112, 21, and 19 pages, respectively). Plaintiff seeks leave to submit these oversized exhibits to satisfy its burden of submitting appropriate documentation to support its motion for attorneys' fees and expenses. *See Fox v. Vice*, 563 U.S. 826, 838 (2011) ("The fee applicant . . . must, of course, submit appropriate documentation to meet the burden of establishing entitlement to an award."); *Restivo v. Hessemann*, 846 F.3d 547, 591 (2d Cir. 2017) ("[A]ttorneys are required to keep and submit contemporaneous records with their fee applications.").

Notably, defendant Beazley Underwriting Limited ("Defendant") **consents** to the relief sought through this letter motion.

We thank the Court for its consideration of this matter.

Respectfully Submitted,

*/s/ Greg Van Houten*
Greg Van Houten

*Counsel for Plaintiff*

cc: all Counsel of Record (via CM/ECF)

**Haynes and Boone, LLP**   30 Rockefeller Plaza | 26th Floor | New York, NY 10112
T: 212.659.7300 | haynesboone.com