UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCH GROUP, LLC,

    Plaintiff,

-v-

BEAZLEY UNDERWRITING LIMITED,

    Defendant.

CIVIL ACTION NO.: 22 Civ. 4629 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Match Group, LLC moves, with Defendant Beazley Underwriting Limited's consent, to file under seal certain documents submitted in connection with Plaintiff's motion for attorneys' fees, with redacted versions filed publicly on the docket. (ECF Nos. 60 (the redacted documents); 61 (the motion to seal); 62–63 (the sealed documents)). The motion is GRANTED. The document filed at ECF No. 62 shall remain as only visible to Plaintiff and the Court, and the documents filed at ECF No. 63 shall remain as only visible to the parties and the Court.

The Clerk of Court is respectfully directed to close ECF No. 61.

Dated:    New York, New York
            July 5, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**