| | |
|---|---|
| **From:** | Dakai Pouncey [Dakai.Pouncey@beazley.com] |
| **Sent:** | 3/5/2015 1:59:26 PM |
| **To:** | Devon Miley [Devon.Miley@beazley.com] |
| **Subject:** | FW: IAC -- Highline v High Line et al. -- Acknowledgment |
| **Attachments:** | Highline Capital Management, LLC v. High Line Venture Partners, L.P..pdf |
| **Flag:** | Follow up |

Upload
Ack.
WR Ack. Letter/ assessment initiation

Dakai Pouncey
Specialty Lines
**BEAZLEY GROUP**

a:  Rockefeller Center, 1270 Avenue of the Americas, 12th Floor, New York, NY 10020
t:   917.344.3301
e:  dakai.pouncey@beazley.com
w: www.beazley.com



Connect with us


  The Cuthbert Heath Award
2013 Winner
*For excellence in claims service*

---

**From:** Beth Diamond
**Sent:** Wednesday, March 04, 2015 5:57 PM
**To:** Dakai Pouncey
**Subject:** IAC -- Highline v High Line et al. -- Acknowledgment

Please upload to CC.

---

**From:** Platt, Leslie [mailto:LPlatt@wileyrein.com]
**Sent:** Wednesday, March 04, 2015 4:55 PM
**To:** Root, James
**Cc:** marie-france.gelot@marsh.com; Shamica.Aleong@marsh.com; morgan.frick@marsh.com; Beth Diamond; Lavin, Parker
**Subject:** Highline v High Line et al.

Jim:

Please see the attached letter on behalf of Beazley concerning the *Highline* matter.  We look forward to our call tomorrow at 2pm ET.

Best regards
Leslie

BEAZLEY0000786

Leslie A. Platt | Attorney At Law | Wiley Rein LLP | 1776 K Street NW | Washington, DC 20006
(Tel) 202.719.3174 | (Fax) 202.719.7049 | LPlatt@wileyrein.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com. As part of our environmental efforts, the firm is WILEY GREEN(TM). Please consider the environment before printing this email.

BEAZLEY0000787