| | |
|---|---|
| **From:** | Beth Diamond [Beth.Diamond@beazley.com] |
| **Sent:** | 3/12/2015 7:24:49 PM |
| **To:** | Devon Miley [Devon.Miley@beazley.com] |
| **Subject:** | IAC / Warner v. Tinder -- Acknowledgment |
| **Attachments:** | Ltr. to Mr. James Root, dated March 12, 2015 Re Beazley USA - IAC-InterActiveCorp.pdf |

Please upload to CC

---

**From:** Platt, Leslie [mailto:LPlatt@wileyrein.com]
**Sent:** Thursday, March 12, 2015 3:18 PM
**To:** Root, James
**Cc:** marie-france.gelot@marsh.com; Shamica.Aleong@marsh.com; morgan.frick@marsh.com; Beth Diamond; Lavin, Parker
**Subject:** IAC / Warner v. Tinder -- Beazley Acknowledgment

Jim,

To follow up on the voicemail message I left for you this afternoon, I've attached Beazley's acknowledgment letter on the Warner v. Tinder matter. Once you've had a chance to review it, please let me know if you have any questions, or if you'd like to discuss.

Best regards
Leslie

Leslie A. Platt ⋮ Attorney At Law ⋮ Wiley Rein LLP ⋮ 1776 K Street NW ⋮ Washington, DC 20006
(Tel) 202.719.3174 ⋮ (Fax) 202.719.7049 ⋮ LPlatt@wileyrein.com


NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com. As part of our environmental efforts, the firm is WILEY GREEN(TM). Please consider the environment before printing this email.