| | |
|---|---|
| **From:** | Beth Diamond [Beth.Diamond@beazley.com] |
| **Sent:** | 5/4/2015 9:55:31 PM |
| **To:** | Alan Fiano [Alan.Fiano@beazley.com] |
| **Subject:** | IAC / Graf -- Acknowledgment |
| **Attachments:** | IAC - Graf -- Correspondence (5-4-2015).PDF |

Please upload

---

**From:** Lavin, Parker [mailto:PLavin@wileyrein.com]
**Sent:** Monday, May 04, 2015 5:51 PM
**To:** james.root@iac.com
**Cc:** Shamica.Aleong@marsh.com; Susan.F.Friedman@marsh.com; morgan.frick@marsh.com; Beth Diamond; Platt, Leslie
**Subject:** IAC / Graf -- Correspondence

Jim,

To follow up on the voicemail message Leslie Platt left for you this afternoon, please see the attached acknowledgement letter sent on behalf of Beazley for the *Graf, et al. v. Match.com* matter. Once you've had a chance to review it, please let us know if you have any questions or if you'd like to discuss.

Thank you.

Regards,
Parker

Parker J. Lavin | Attorney At Law | Wiley Rein LLP | 1776 K Street NW | Washington, DC 20006
(Tel) 202.719.7367 | (Fax) 202.719.7049 | PLavin@wileyrein.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com. As part of our environmental efforts, the firm is WILEY GREEN(TM). Please consider the environment before printing this email.