| | |
|---|---|
| **From:** | Beth Diamond [Beth.Diamond@beazley.com] |
| **Sent:** | 7/31/2015 12:17:00 AM |
| **To:** | Alan Fiano [Alan.Fiano@beazley.com] |
| **Subject:** | IAC / Greenberg Smoked Turkeys -- Acknowledgment |
| **Attachments:** | IAC - Greenberg Smoked Turkeys -- Correspondence (7.30.2015).PDF |

Please upload to CC.

---

**From:** Lavin, Parker [mailto:PLavin@wileyrein.com]
**Sent:** Thursday, July 30, 2015 5:31 PM
**To:** Root, James; ben.gildin@iac.com
**Cc:** Shamica.Aleong@marsh.com; Susan.F.Friedman@marsh.com; david.finz@marsh.com; Beth Diamond; Platt, Leslie
**Subject:** IAC / Greenberg Smoked Turkeys / Marsh File No. 15NYC_170590

Jim and Ben,

Please see the attached correspondence sent on behalf of Beazley. Feel free to let us know of any questions.

Thank you.

Regards,
Parker

Parker J. Lavin | Attorney At Law | Wiley Rein LLP | 1776 K Street NW | Washington, DC 20006
(Tel) 202.719.7367 | (Fax) 202.719.7049 | PLavin@wileyrein.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com. As part of our environmental efforts, the firm is WILEY GREEN(TM). Please consider the environment before printing this email.