# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Match Group, LLC,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Beazley Underwriting Limited,

(List the full name(s) of the defendant(s)/respondent(s).)

1:22- CV -4629 ( LGS )(SLC)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Beazley Underwriting Limited

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: June 22, 2023

(date that judgment or order was entered on docket)

that: was entered in favor of plaintiff Match Group, LLC upon its breach of contract claim.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated: 7/19/23

Signature

Zelig, Jonathan, S., Day Pitney LLP
Name (Last, First, MI)

One Federal Street, Fl 29 — Boston — MA — 02110
Address — City — State — Zip Code

(617) 345-4601
Telephone Number

jzelig@daypitney.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13