UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCH GROUP, LLC,

          Plaintiff,

v.

BEAZLEY UNDERWRITING, LIMITED,

          Defendant.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Case No.: 1:22-cv-4629-LGS

Application **GRANTED**. A stay from execution of judgment is granted pending the appeal in this case.

Dated: July 20, 2023
       New York, New York

## SUPERSEDEAS BOND

WHEREAS, this Court entered judgment on June 22, 2023 in the amount of $3,629,410.07 against Defendant Beazley Underwriting, Ltd. ("Beazley") and in favor of Plaintiff Match Group, LLC ("Match"); and

WHEREAS, Beazley intends appeal such judgment to the United States Court of Appeals for the Second Circuit, and thus Beazley seeks suspension of execution of the judgment.

NOW, THEREFORE, U.S. Specialty Insurance Company, a corporation of the State of Missouri duly authorized to write surety bonds in the State of New York (the "Surety"), is held and firmly bound unto Match to pay all damages, costs and interest payable to Match following the adjudication of the aforementioned appeal of this matter up to the maximum of $3,819,228.22 (Three Million, Eight-Hundred and Nineteen Thousand, Two-Hundred and Twenty-Eight Dollars and Twenty-Two Cents) if the appeal is dismissed, refused or not timely prosecuted or if the judgment is affirmed and Beazley fails promptly to pay Match all sums due and owing to Cammeby's.

NOW, THEREFORE, if Beazley shall perform and satisfy said judgment in full together with all damages, costs and interest if the appeal is dismissed, refused or not timely prosecuted or

- 2 -

if the judgment is affirmed, then this obligation shall be void; otherwise the same shall be and remain in full force and effect.

HOWEVER, in no event shall the aggregate liability of the Surety exceed $3,819,228.22.

DATE: July 12, 2023

                    U.S. SPECIALTY INSURANCE COMPANY

                    By: _____
                          Conway C. Marshall, Attorney-in-Fact