UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MATCH GROUP, LLC,                                            :
                              Plaintiff,                     :
                                                             :
            -against-                                        :   22 Civ. 4629 (LGS)
                                                             :
BEAZLEY UNDERWRITING LIMITED,                                :   ORDER
                              Defendant.                     :
                                                             :
-------------------------------------------------------------:
                                                             X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 13, 2024, the Court of Appeals vacated this Court's grant of judgment to Plaintiff and remanded the case for further proceedings. It is hereby

**ORDERED** that, by **September 18, 2024**, the parties shall file a joint letter pursuant to Individual Rule IV.A.2. If discovery is incomplete, the parties shall also file a joint proposed Amended Civil Case Management Plan. The parties shall meet and confer about alternative dispute resolution mechanisms and include in the letter whether they wish to continue settlement discussions before Judge Cave or another Magistrate Judge who has not been involved in the case, or participate in the District's Mediation Program. It is further

**ORDERED** that, by **September 25, 2024**, Defendant shall answer, file a pre-motion letter regarding a renewed motion to dismiss or otherwise respond to the First Amended Complaint. If Defendant files a pre-motion letter, Plaintiff shall respond by **October 2, 2024**.

Dated: September 4, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**