# HAYNES BOONE



**Greg Van Houten**
Direct Phone Number: 202-654-4562
*greg.vanhouten@haynesboone.com*

September 18, 2024

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(202) 805-0288

      Re:    Match Group, LLC v. Beazley Underwriting, Ltd., No. 1:22-cv-4629-LGS
                <u>Joint Status Letter and Joint Proposed Amended Civil Case Management Plan</u>

Dear Judge Schofield,

Pursuant to the Court's September 4, 2024 Order in the above-captioned action, ECF No. 83, and Individual Rule III.D.3, plaintiff Match Group, LLC ("Match") and defendant Beazley Underwriting, Ltd. ("Beazley," together with Match, the "Parties") respectfully submit this joint status letter and enclose their Joint Proposed Amended Civil Case Management Plan and Scheduling Order.

**Item (a)(1) – What discovery requests have been propounded, who propounded each request and on what date?** The Parties propounded Requests for Production of Documents on August 29, 2022. Match propounded a Second Set of Requests for Production on October 4, 2022. The Parties propounded Interrogatories on September 30, 2022. Beazley propounded a Second Set of Interrogatories on December 8, 2022. With respect to third-party discovery, Match served Marsh USA, Inc. ("Marsh") with a Subpoena to Produce Documents on November 7, 2022.

**Item (a)(2) – What responses were made, who made each response and on what date?** Beazley issued its Responses and Objections to Match's Requests for Production on September 21, 2022, and Responses and Objections to Match's Second Set of Requests for Production on November 3, 2022. Match issued its Responses and Objections to Beazley's Requests for Production on September 29, 2022. The Parties served their respective Responses and Objections to each party's First Set of Interrogatories on November 4, 2022. Match served its Responses and Objections to Beazley's Second Set of Interrogatories on January 17, 2023.

**Item (a)(3) – The volume of documents produced, who produced the documents and when?** Match produced 2,237 documents on December 8, 2022. Beazley produced 1,779 documents on December 8, 2022 (and five more documents, on January 19, 2023, via a supplemental production).

# HAYNES BOONE 

The Honorable Lorna G. Schofield
September 18, 2024
Page 2 of 3

On March 3, 2023, Marsh produced 773 documents in response to Match's Subpoena. On May 3, 2023, Marsh indicated it may produce an additional 1,145 documents, subject to a privilege review. Thereafter, Match and Marsh engaged in a meet-and-confer process, which has yet to be completed, regarding Marsh's contention that an additional 8,883 documents are privileged and/or constitute attorney work product.

**Item (b)(1) – What pleadings have been filed, who filed each pleading, and on what date?** Match filed its original Complaint on June 3, 2022, ECF No. 1, and an Amended Complaint on July 25, 2022, ECF No. 26. Match and Beazley have agreed that Beazley may file its response to Match's Amended Complaint on October 2, 2024.

**Item (b)(2) – What motions, if any, have been filed, who filed each motion and on what date each motion was filed?** Beazley filed a Motion to Dismiss Pursuant to Rule 12(b)(6) on September 2, 2022. ECF No. 33. Match filed its Opposition to the Motion to Dismiss on September 28, 2022. ECF No. 36. Beazley filed its Reply in Support of its Motion to Dismiss on October 7, 2022. ECF No. 38.

Match filed a Motion for Attorneys' Fees and Expenses on June 30, 2023. ECF No. 57. Beazley filed its Opposition to the Motion for Attorneys' Fees and Expenses on July 18, 2023. Match filed its Reply in Support of its Motion for Attorneys' Fees and Expenses on July 28, 2023.

On September 17, 2024, Match filed a letter motion requesting a pre-motion conference (ECF No. 85) to discuss Match's anticipated Rule 56(a) motion on the legal issue remanded to this Court by the Second Circuit. *See* ECF No. 82, at 5–7. The legal issue remanded by the Second Circuit is whether Match's notice to Beazley was timely under New York General Construction Law section 25. *See id.* Beazley does not oppose Match filing its anticipated motion at this stage.

**Item (b)(3) – What motions, if any, are currently pending and, for each pending motion, the date it was or is scheduled to be fully briefed?** No motions are currently pending, although the Court has ordered Match to file its Rule 56(a) motion by October 9, 2024. *See id.* That motion sequence is scheduled to be fully briefed by October 30, 2024. *See id.*

**Item (c) – The Parties' plans to ensure that they meet the Court ordered discovery deadlines?** The Court has stayed deposition and expert discovery until the resolution of Match's forthcoming Rule 56(a) motion for summary judgment. *See id.* In the event the case continues beyond the resolution of Match's motion, the Parties will comply with the Court's discovery deadlines.

**Settlement Discussions.** Prior to Beazley's appeal, the Parties worked with Magistrate Judge Sarah L. Cave to discuss whether it may be possible to settle this dispute. *See, e.g.*, ECF Nos. 21,

# HAYNES BOONE 

The Honorable Lorna G. Schofield
September 18, 2024
Page 3 of 3

22, 24, 30, 31 and Minute Entry dated October 3, 2022. During the pendency of Beazley's appeal, the parties participated in the Second Circuit's mediation program. None of those processes resulted in a settlement.

On September 16, 2024, the Parties renewed their settlement discussions and agreed that, while they are unlikely to settle at this stage, they will continue to evaluate settlement opportunities on a going-forward basis.

Should Your Honor require any additional information, we invite the Court to contact the Parties.

                                        Respectfully Submitted,

                                        /s/ *Greg Van Houten*
                                        Greg Van Houten

cc:      Counsel of Record (via CM/ECF)