UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MATCH GROUP, LLC**,

    Plaintiff,

v.

**BEAZLEY UNDERWRITING LIMITED**,

    Defendant.

Case No.: 1:22-cv-04629-LGS

So Ordered.

Dated: October 31, 2024
New York, New York

**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(c), Defendant Beazley Underwriting Limited ("Beazley"), by and through undersigned counsel, hereby gives notice of voluntary dismissal of its counterclaim for declaratory judgment without prejudice, with each party to bear its own attorneys' fees, costs, and expenses. Plaintiff Match Group, LLC has not filed a responsive pleading to Beazley's counterclaim for declaratory judgment.

Dated: October 30, 2024

    /s/ Jonathan S. Zelig
    Jonathan S. Zelig
    Denise M. Paarlberg
    **Day Pitney LLP**
    One Federal Street, 29th Floor
    Boston, MA 02110
    jzelig@daypitney.com
    dpaarlberg@daypitney.com
    Phone: (617) 345-4601
    Fax: (617) 892-4236

    *Attorneys for Beazley Underwriting Limited*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served on all counsel of record via ECF on this 30th day of October 2024.

/s/ Jonathan S. Zelig
Jonathan S. Zelig